**BY ELECTRONIC FILING**

Catherine O'Hagan Wolfe  November 25, 2024
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *Public School Teachers' Pension and Retirement Fund of Chicago v. Bank of America Corporation, No. 24-81*

Dear Ms. Wolfe:

In accordance with the Court's March 28, 2024 order staying proceedings in the above-captioned matter and ordering that the parties file joint stay status updates every 30 days (Dkt. 89), we write to update the Court regarding the status of this matter.

On November 8, 2024, the parties filed a joint status report with the District Court notifying the court that the Defendants completed the provision of contact information for potential class members, and that the Settlement Administrator is still reviewing the received data. In that letter, Plaintiffs informed the District Court that they will request a Fairness Hearing when the intake process is complete. *See* 1:16-md-02704-JPO, Dkt. 1100.

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Michael B. Eisenkraft
 Lead Counsel for Lead Plaintiffs
 and the Settlement Class
QUINN EMANUEL URQUHART & SULLIVAN

By: /s/ Daniel L. Brockett
  Lead Counsel for Lead Plaintiffs
  and the Settlement Class


ALLEN OVERY SHEARMAN STERLING US LLP


By: /s/ Richard F. Schwed
  Counsel for Defendants Bank of America
  Corporation; Bank of America, N.A.; and Merrill
  Lynch, Pierce, Fenner & Smith Incorporated


COVINGTON & BURLING LLP


By: /s/ Robert D. Wick
  Counsel for Defendants JPMorgan Chase & Co.;
  JPMorgan Chase Bank, N.A.; J.P. Morgan
  Securities LLC; and J.P. Morgan Securities plc


GOODWIN PROCTER LLP


By: /s/ Arman Oruc
  Counsel for Defendants BNP Paribas, S.A. and
  BNP Paribas Securities Corp.


JONES DAY


By: /s/ Tracy V. Schaffer
  Counsel for Defendants Deutsche Bank AG and
  Deutsche Bank Securities Inc.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kenneth A. Gallo
 Counsel for Defendants Citigroup Inc.; Citibank, N.A.; Citigroup Global Markets Inc.; and Citigroup Global Markets Limited

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Robert Y. Sperling
 Counsel for Defendants The Goldman Sachs Group, Inc.; Goldman, Sachs & Co. LLC; Goldman Sachs Bank USA; Goldman Sachs Financial Markets, LP; and Goldman Sachs International

CRAVATH, SWAINE & MOORE LLP

By: /s/ Michael A. Paskin
 Counsel for Defendants Morgan Stanley; Morgan Stanley Bank, N.A.; Morgan Stanley & Co. LLC; Morgan Stanley Capital Services LLC; Morgan Stanley Derivative Products Inc.; Morgan Stanley & Co. International plc; and Morgan Stanley Bank International Limited

DAVIS POLK & WARDWELL LLP

By: /s/ James I. McClammy
 Counsel for Defendants NatWest Group plc (f/k/a The Royal Bank of Scotland Group plc); NatWest Markets plc (f/k/a Royal Bank of Scotland plc); and NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)

KATTEN MUCHIN ROSENMAN LLP

By: /s/ Peter G. Wilson
 Counsel for Defendants UBS AG and UBS
 Securities LLC

LATHAM & WATKINS LLP

By: /s/ Lawrence E. Buterman
 Counsel for Defendants Barclays PLC; Barclays
 Bank PLC and Barclays Capital Inc.