**BY ELECTRONIC FILING**

Catherine O'Hagan Wolfe  March 26, 2025
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** *Public School Teachers' Pension and Retirement Fund of Chicago v. Bank of America Corporation*, No. 24-81

Dear Ms. Wolfe:

In accordance with the Court's March 28, 2024 order staying proceedings in the above-captioned matter and ordering that the parties file joint stay status updates every 30 days (Dkt. 89), we write to update the Court regarding the status of this matter.

As noted in the February 24, 2025 update (Dkt. 104), a Fairness Hearing is scheduled for July 16, 2025. *See* 1:16-md-02704-JPO, Dkt. 1142.

Respectfully submitted,

COHEN MILSTEIN SELLERS & TOLL PLLC

By: /s/ Michael B. Eisenkraft
Lead Counsel for Lead Plaintiffs
and the Settlement Class

QUINN EMANUEL URQUHART & SULLIVAN

By: /s/ Daniel L. Brockett
Lead Counsel for Lead Plaintiffs
and the Settlement Class

ALLEN OVERY SHEARMAN STERLING US LLP

By: /s/ Richard F. Schwed
  Counsel for Defendants Bank of America Corporation; Bank of America, N.A.; and Merrill Lynch, Pierce, Fenner & Smith Incorporated

COVINGTON & BURLING LLP

By: /s/ Robert D. Wick
  Counsel for Defendants JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; J.P. Morgan Securities LLC; and J.P. Morgan Securities plc

GOODWIN PROCTER LLP

By: /s/ Arman Oruc
  Counsel for Defendants BNP Paribas, S.A. and BNP Paribas Securities Corp.

JONES DAY

By: /s/ Tracy V. Schaffer
  Counsel for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kenneth A. Gallo
  Counsel for Defendants Citigroup Inc.; Citibank, N.A.; Citigroup Global Markets Inc.; and Citigroup Global Markets Limited

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Robert Y. Sperling
 Counsel for Defendants The Goldman Sachs Group, Inc.; Goldman, Sachs & Co. LLC; Goldman Sachs Bank USA; Goldman Sachs Financial Markets, LP; and Goldman Sachs International

CRAVATH, SWAINE & MOORE LLP

By: /s/ Michael A. Paskin
 Counsel for Defendants Morgan Stanley; Morgan Stanley Bank, N.A.; Morgan Stanley & Co. LLC; Morgan Stanley Capital Services LLC; Morgan Stanley Derivative Products Inc.; Morgan Stanley & Co. International plc; and Morgan Stanley Bank International Limited

DAVIS POLK & WARDWELL LLP

By: /s/ James I. McClammy
 Counsel for Defendants NatWest Group plc (f/k/a The Royal Bank of Scotland Group plc); NatWest Markets plc (f/k/a Royal Bank of Scotland plc); and NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)

KATTEN MUCHIN ROSENMAN LLP

By: /s/ Peter G. Wilson
 Counsel for Defendants UBS AG and UBS Securities LLC

LATHAM & WATKINS LLP


By: <u>/s/ Lawrence E. Buterman</u>
 Counsel for Defendants Barclays PLC; Barclays
 Bank PLC and Barclays Capital Inc.