**BY ELECTRONIC FILING**

Catherine O'Hagan Wolfe                                                              July 28, 2025
Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:**     *Public School Teachers' Pension and Retirement Fund of Chicago v. Bank of America Corporation, No. 24-81*

Dear Ms. Wolfe:

In accordance with the Court's March 28, 2024 order staying proceedings in the above-captioned matter and ordering that the parties file joint stay status updates every 30 days (Dkt. 89), we write to update the Court regarding the status of this matter.

On July 15, 2025, the District Court held a Fairness Hearing. There were no objectors present at the hearing and no objections to the settlement were received by the parties. On July 17, 2025, the District Court issued orders granting final approval of the settlement agreements; final certification of the settlement classes; final approval of the plans of allocation; and attorneys' fees, litigation expenses, and service awards. On that same day, the District Court entered final judgment. *See* 1:16-md-02704-JPO, Dkts. 1180-1186.

Though final approval of the settlements has been given, the window to appeal those rulings has not yet elapsed. No appeals of the final approval orders are expected, including because nobody objected to the settlements in the first instance. Nonetheless, in an abundance of caution, the parties will likely be filing a stipulation dismissing this appeal shortly, but not until the window for appealing the final approval of the settlements elapses.

                                       Respectfully submitted,

                                       COHEN MILSTEIN SELLERS & TOLL PLLC

                                       By: /s/ Michael B. Eisenkraft
                                       Lead Counsel for Lead Plaintiffs
                                       and the Settlement Class

QUINN EMANUEL URQUHART & SULLIVAN

By: /s/ Daniel L. Brockett
  Lead Counsel for Lead Plaintiffs
  and the Settlement Class
ALLEN OVERY SHEARMAN STERLING US LLP

ALLEN OVERY SHEARMAN STERLING US LLP

By: /s/ Richard F. Schwed
  Counsel for Defendants Bank of America
  Corporation; Bank of America, N.A.; and Merrill
  Lynch, Pierce, Fenner & Smith Incorporated

COVINGTON & BURLING LLP

By: /s/ Robert D. Wick
  Counsel for Defendants JPMorgan Chase & Co.;
  JPMorgan Chase Bank, N.A.; J.P. Morgan
  Securities LLC; and J.P. Morgan Securities plc

GOODWIN PROCTER LLP

By: /s/ Arman Oruc
  Counsel for Defendants BNP Paribas, S.A. and
  BNP Paribas Securities Corp.

JONES DAY

By: /s/ Tracy V. Schaffer
Counsel for Defendants Deutsche Bank AG and Deutsche Bank Securities Inc.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Kenneth A. Gallo
Counsel for Defendants Citigroup Inc.; Citibank, N.A.; Citigroup Global Markets Inc.; and Citigroup Global Markets Limited

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Robert Y. Sperling
Counsel for Defendants The Goldman Sachs Group, Inc.; Goldman, Sachs & Co. LLC; Goldman Sachs Bank USA; Goldman Sachs Financial Markets, LP; and Goldman Sachs International

CRAVATH, SWAINE & MOORE LLP

By: /s/ Michael A. Paskin
Counsel for Defendants Morgan Stanley; Morgan Stanley Bank, N.A.; Morgan Stanley & Co. LLC; Morgan Stanley Capital Services LLC; Morgan Stanley Derivative Products Inc.; Morgan Stanley & Co. International plc; and Morgan Stanley Bank International Limited

DAVIS POLK & WARDWELL LLP

By: /s/ James I. McClammy
 Counsel for Defendants NatWest Group plc (f/k/a The Royal Bank of Scotland Group plc); NatWest Markets plc (f/k/a Royal Bank of Scotland plc); and NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)

KATTEN MUCHIN ROSENMAN LLP

By: /s/ Peter G. Wilson
 Counsel for Defendants UBS AG and UBS Securities LLC

LATHAM & WATKINS LLP

By: /s/ Lawrence E. Buterman
 Counsel for Defendants Barclays PLC; Barclays Bank PLC and Barclays Capital Inc.