# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand and twenty-five,

| | |
|---|---|
| In re Interest Rate Swaps Antitrust Litigation | **STIPULATION** |
| | Docket No. 24-81 |
| Public School Teachers' Pension and Retirement Fund of Chicago and Los Angeles County Employees Retirement Association, | |
| *Plaintiffs – Petitioners*, | |
| v. | |
| Bank Of America Corporation, et al. | |
| *Defendants – Respondents*, | |

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to Federal Rule of Appellate Procedure 42(b).

Date: August 27, 2025

By:  /s/ Michael B. Eisenkraft
     Michael B. Eisenkraft

By:  /s/ Daniel L. Brockett
     Daniel L. Brockett

COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street
14th Floor
New York, NY 10005
(212) 838-7745

QUINN EMANUEL URQUHART & SULLIVAN
295 Fifth Avenue
New York, NY 10016
(212) 849-7345

*Lead Counsel for Plaintiffs – Petitioners*

*Lead Counsel for Plaintiffs – Petitioners*

By:   /s/ Richard F. Schwed

Richard F. Schwed

ALLEN OVERY SHEARMAN
STERLING US LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

*Counsel for Defendants-Respondents Bank of America Corporation; Bank of America, N.A.; and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

By:   /s/ Arman Oruc

Arman Oruc

GOODWIN PROCTER LLP
601 South Figueroa Street
Los Angeles, CA 90017
(213) 426-2500

*Counsel for Defendants-Respondents BNP Paribas, S.A. and BNP Paribas Securities Corp.*

By:   /s/ Roberto J. Gonzalez

Roberto J. Gonzalez

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
(212) 223-7300

*Counsel for Defendants-Respondents Citigroup Inc.; Citibank, N.A.; Citigroup Global Markets Inc.; and Citigroup Global Markets Limited*

By:   /s/ Robert D. Wick

Robert D. Wick

COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
(202) 662-6000

*Counsel for Defendants-Respondents JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; J.P. Morgan Securities LLC; and J.P. Morgan Securities plc*

By:   /s/ Tracy V. Schaffer

Tracy V. Schaffer

JONES DAY
250 Vesey Street
34th Floor
New York, NY 10381
(212) 755-7306

*Counsel for Defendants-Respondents Deutsche Bank AG and Deutsche Bank Securities Inc.*

By:   /s/ Robert Y. Sperling

Robert Y. Sperling

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Counsel for Defendants-Respondents The Goldman Sachs Group, Inc.; Goldman, Sachs & Co. LLC; Goldman Sachs Bank USA; Goldman Sachs Financial Markets, LP; and Goldman Sachs International*

By:  /s/ Michael A. Paskin
      Michael A. Paskin

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

*Counsel for Defendants-Respondents
Morgan Stanley; Morgan Stanley Bank,
N.A.; Morgan Stanley & Co. LLC; Morgan
Stanley Capital Services LLC; Morgan
Stanley Derivative Products Inc.; Morgan
Stanley & Co. International plc; and
Morgan Stanley Bank International
Limited*

By:  /s/ Peter G. Wilson
      Peter G. Wilson

KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5649

*Counsel for Defendants-Respondents UBS
AG and UBS Securities LLC*

By:  /s/ Jason M. Hall
      Jason H. Hall

CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3154

*Counsel for Defendants-Respondents
Credit Suisse Group AG, Credit Suisse
International; and Credit Suisse Securities
(USA) LLC*

By:  /s/ James I. McClammy
      James I. McClammy

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4584

*Counsel for Defendants – Respondents
NatWest Group plc (f/k/a The Royal
Bank of Scotland Group plc); NatWest
Markets plc (f/k/a Royal Bank of
Scotland plc); and NatWest Markets
Securities Inc. (f/k/a RBS Securities
Inc.)*

By:  /s/ Lawrence E. Buterman
      Lawrence E. Buterman

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Counsel for Defendants – Respondents
Barclays PLC; Barclays Bank PLC
and Barclays Capital Inc.*