UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand and twenty-five,

| | |
|---|---|
| In re Interest Rate Swaps Antitrust Litigation<br><br>Public School Teachers' Pension and Retirement Fund of Chicago and Los Angeles County Employees Retirement Association,<br>   *Plaintiffs – Petitioners*,<br>v.<br><br>Bank Of America Corporation, et al.<br>   *Defendants – Respondents*, | **STIPULATION**<br><br>Docket No. 24-81 |

  The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to Federal Rule of Appellate Procedure 42(b).

Date: August 27, 2025

By: /s/ Michael B. Eisenkraft
   Michael B. Eisenkraft

COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street
14th Floor
New York, NY 10005
(212) 838-7745

*Lead Counsel for Plaintiffs – Petitioners*

By: /s/ Daniel L. Brockett
   Daniel L. Brockett

QUINN EMANUEL URQUHART & SULLIVAN
295 Fifth Avenue
New York, NY 10016
(212) 849-7345

*Lead Counsel for Plaintiffs – Petitioners*

By: /s/ Richard F. Schwed
     Richard F. Schwed

ALLEN OVERY SHEARMAN
STERLING US LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000

*Counsel for Defendants-Respondents Bank of America Corporation; Bank of America, N.A.; and Merrill Lynch, Pierce, Fenner & Smith Incorporated*

By: /s/ Robert D. Wick
     Robert D. Wick

COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
(202) 662-6000

*Counsel for Defendants-Respondents JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; J.P. Morgan Securities LLC; and J.P. Morgan Securities plc*

By: /s/ Arman Oruc
     Arman Oruc

GOODWIN PROCTER LLP
601 South Figueroa Street
Los Angeles, CA 90017
(213) 426-2500

*Counsel for Defendants-Respondents BNP Paribas, S.A. and BNP Paribas Securities Corp.*

By: /s/ Tracy V. Schaffer
     Tracy V. Schaffer

JONES DAY
250 Vesey Street
34th Floor
New York, NY 10381
(212) 755-7306

*Counsel for Defendants-Respondents Deutsche Bank AG and Deutsche Bank Securities Inc.*

By: /s/ Roberto J. Gonzalez
     Roberto J. Gonzalez

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, DC 20006
(212) 223-7300

*Counsel for Defendants-Respondents Citigroup Inc.; Citibank, N.A.; Citigroup Global Markets Inc.; and Citigroup Global Markets Limited*

By: /s/ Robert Y. Sperling
     Robert Y. Sperling

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Counsel for Defendants-Respondents The Goldman Sachs Group, Inc.; Goldman, Sachs & Co. LLC; Goldman Sachs Bank USA; Goldman Sachs Financial Markets, LP; and Goldman Sachs International*

| | |
|---|---|
| By: /s/ Michael A. Paskin<br>Michael A. Paskin | By: /s/ James I. McClammy<br>James I. McClammy |

CRAVATH, SWAINE & MOORE LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
(212) 474-1000

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
(212) 450-4584

*Counsel for Defendants-Respondents Morgan Stanley; Morgan Stanley Bank, N.A.; Morgan Stanley & Co. LLC; Morgan Stanley Capital Services LLC; Morgan Stanley Derivative Products Inc.; Morgan Stanley & Co. International plc; and Morgan Stanley Bank International Limited*

*Counsel for Defendants – Respondents NatWest Group plc (f/k/a The Royal Bank of Scotland Group plc); NatWest Markets plc (f/k/a Royal Bank of Scotland plc); and NatWest Markets Securities Inc. (f/k/a RBS Securities Inc.)*

| | |
|---|---|
| By: /s/ Peter G. Wilson<br>Peter G. Wilson | By: /s/ Lawrence E. Buterman<br>Lawrence E. Buterman |

KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5649

LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200

*Counsel for Defendants-Respondents UBS AG and UBS Securities LLC*

*Counsel for Defendants – Respondents Barclays PLC; Barclays Bank PLC and Barclays Capital Inc.*

By: /s/ Jason M. Hall
Jason H. Hall

CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3154

*Counsel for Defendants-Respondents Credit Suisse Group AG, Credit Suisse International; and Credit Suisse Securities (USA) LLC*