# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-five,

Public School Teachers? Pension and Retirement Fund of Chicago, on behalf of itself and all others similarly situated, Los Angeles County Employees Retirement Association,

        Petitioners,

v.

Bank of America Corporation, Bank of America, N.A., Merrill Lynch, Pierce, Fenner & Smith Incorporated, Barclays Bank PLC, Barclays Capital Inc., BNP Paribas, BNP Paribas Securities Corp., Citigroup, Inc., Citibank N.A., Citigroup Global Markets Inc., Citigroup Global Markets Limited, Credit Suisse Group AG, Credit Suisse International, Credit Suisse Securities (USA) LLC, Deutsche Bank AG, Deutsche Bank Securities Inc., Goldman Sachs Group, Inc., Goldman Sachs & Co., Goldman Sachs Bank USA, Goldman Sachs Financial Markets, L.P., Goldman Sachs International, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., J.P. Morgan Securities LLC, JP Morgan Securities PLC, Morgan Stanley, Morgan Stanley Bank, N.A., Morgan Stanley & Co. LLC, Morgan Stanley Capital Services LLC, Morgan Stanley Derivative Products Inc., Morgan Stanley & Co. International PLC, Morgan Stanley Bank International Limited, Royal Bank of Scotland PLC, The Royal Bank of Scotland Group PLC, RBS Securities Inc., UBS AG, UBS Securities LLC, Barclays PLC,

        Respondents.

**ORDER**
Docket No. 24-81

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court